B5 (Official Form 5) (12/07)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**District of Nevada** | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Xyience Incorporated** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**20-1058349** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**4572 Hacienda Avenue**<br>**Las Vegas, NV 89118** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Clark** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7   ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| **Nature of Debts** (Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | **Type of Debtor** (Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | **Nature of Business** (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS** (Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor   Xyience Incorporated
Case No._____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

Prosperity Investments Alliance LLC     January 3, 2008
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Brent Hucks
871 Coronado Center Drive, Suite 200
Henderson, NV 89052

X _/s/ Lawrence Aberle_____
Signature of Petitioner or Representative (State title)

Lawrence Aberle                         January 3, 2008
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Lawrence Aberle
608 Purcell Dr.
Las Vegas, NV 89107

X_____  January 3, 2008
Signature of Attorney                    Date

Marjorie A. Guymon, Esq.
Name of Attorney Firm (If any)

Goldsmith & Guymon, P.C.
2055 Village Center Circle
Las Vegas, NV 89134
Address
Telephone No._____

X _/s/ Marjorie A. Guymon_____   January 3, 2008
Signature of Attorney                    Date

Marjorie A. Guymon, Esq.
Name of Attorney Firm (If any)

Goldsmith & Guymon, P.C.
2055 Village Center Circle
Las Vegas, NV 89134
Address
Telephone No._____

X_____  January 3, 2008
Signature of Attorney                    Date

Marjorie A. Guymon, Esq.
Name of Attorney Firm (If any)

Goldsmith & Guymon, P.C.
2055 Village Center Circle
Las Vegas, NV 89134
Address
Telephone No._____

Name & Mailing Address of Individual Signing in Representative Capacity: [redacted]

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Prosperity Investments Alliance LLC<br>871 Coronado Center Drive, Suite 200<br>Henderson, NV 89052 | Loan Agreements | 1,102,500.00 |
| Lawrence Aberle<br>608 Purcell Dr.<br>Las Vegas, NV 89107 | Promissory Note | 30,000.00 |
| Richard Byrd<br>2635 Box Canyon Drive<br>Las Vegas, NV 89128 | Promissory Note | 40,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
4,705,788.91

_1_ of _3_ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor: Xyience Incorporated
Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ Manager
Signature of Petitioner or Representative (State title)

**Prosperity Investments Alliance LLC**    January 3, 2008
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Brent Hucks
871 Coronado Center Drive, Suite 200
Henderson, NV 89052

X _[signature]_    January 3, 2008
Signature of Attorney    Date

Marjorie A. Guymon, Esq.
Name of Attorney Firm (If any)

Goldsmith & Guymon, P.C.
2055 Village Center Circle
Las Vegas, NV 89134
Address
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

**Lawrence Aberle**    January 3, 2008
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Lawrence Aberle
608 Purcell Dr.
Las Vegas, NV 89107

X _____    January 3, 2008
Signature of Attorney    Date

Marjorie A. Guymon, Esq.
Name of Attorney Firm (If any)

Goldsmith & Guymon, P.C.
2055 Village Center Circle
Las Vegas, NV 89134
Address
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

_[redacted]_    January 3, 2008
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: _[redacted]_

X _____    January 3, 2008
Signature of Attorney    Date

Marjorie A. Guymon, Esq.
Name of Attorney Firm (If any)

Goldsmith & Guymon, P.C.
2055 Village Center Circle
Las Vegas, NV 89134
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Prosperity Investments Alliance LLC<br>871 Coronado Center Drive, Suite 200<br>Henderson, NV 89052 | Loan Agreements | 1,102,500.00 |
| Lawrence Aberle<br>608 Purcell Dr.<br>Las Vegas, NV 89107 | Promissory Note | 30,000.00 |
| Richard Byrd<br>2635 Box Canyon Drive<br>Las Vegas, NV 89128 | Promissory Note | 40,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>4,705,788.91 |

1 of 3 continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Xyience Incorporated__

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Patricia Weldon_
Signature of Petitioner or Representative (State title)

__Patricia Weldon__    January 3, 2008
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Patricia Weldon
9811 West Charleston Blvd., #2529
Las Vegas, NV 89117

X _/s/ Marjorie A. Guymon_    January 3, 2008
Signature of Attorney    Date

Marjorie A. Guymon, Esq.
Name of Attorney Firm (If any)
Goldsmith & Guymon, P.C.
2055 Village Center Circle
Las Vegas, NV 89134
Address
Telephone No.    702-873-9500

---

X _____
Signature of Petitioner or Representative (State title)

__Brent Hucks__    January 3, 2008
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Brent Hucks
625 Proud Eagle Lane
Las Vegas, NV 89144

X _____    January 3, 2008
Signature of Attorney    Date

Marjorie A. Guymon, Esq.
Name of Attorney Firm (If any)
Goldsmith & Guymon, P.C.
2055 Village Center Circle
Las Vegas, NV 89134
Address
Telephone No.    702-873-9500

---

X _____
Signature of Petitioner or Representative (State title)

__Pacific Investments Network, LLC__    January 3, 2008
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Brent Hucks
625 Proud Eagle Lane
Las Vegas, NV 89144

X _____    January 3, 2008
Signature of Attorney    Date

Marjorie A. Guymon, Esq.
Name of Attorney Firm (If any)
Goldsmith & Guymon, P.C.
2055 Village Center Circle
Las Vegas, NV 89134
Address
Telephone No. _____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Patricia Weldon<br>9811 West Charleston Blvd., #2529<br>Las Vegas, NV 89117 | Brokerage contract | 83,773.16 |
| Brent Hucks<br>625 Proud Eagle Lane<br>Las Vegas, NV 89144 | Promissory Note | 270,000.00 |
| Pacific Investments Network, LLC<br>625 Proud Eagle Lane<br>Las Vegas, NV 89144 | Loan Agreements | 40,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 4,705,788.91 |

__3__ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Name of Debtor __Xylence Incorporated__
Case No. _____

B5 (Official Form 5) (12/07) - Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>Patricia Weldon                    January 3, 2008<br>Name of Petitioner                   Date Signed<br><br>Name & Mailing       Patricia Weldon<br>Address of Individual  9811 West Charleston Blvd., #2529<br>Signing in Representative  Las Vegas, NV 89117<br>Capacity | X_____  January 3, 2008<br>Signature of Attorney          Date<br><br>Marjorie A. Guymon, Esq.<br>Name of Attorney Firm (If any)<br><br>Goldsmith & Guymon, P.C.<br>2055 Village Center Circle<br>Las Vegas, NV 89134<br>Address<br>Telephone No.   702-873-9500 |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>Brent Hucks                       January 3, 2008<br>Name of Petitioner                   Date Signed<br><br>Name & Mailing       Brent Hucks<br>Address of Individual  625 Proud Eagle Lane<br>Signing in Representative  Las Vegas, NV 89144<br>Capacity  _Manager_ | X_____  January 3, 2008<br>Signature of Attorney          Date<br><br>Marjorie A. Guymon, Esq.<br>Name of Attorney Firm (If any)<br><br>Goldsmith & Guymon, P.C.<br>2055 Village Center Circle<br>Las Vegas, NV 89134<br>Address<br>Telephone No.   702-873-9500 |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>Pacific Investments Network, LLC     January 3, 2008<br>Name of Petitioner                   Date Signed<br><br>Name & Mailing       Brent Hucks<br>Address of Individual  625 Proud Eagle Lane<br>Signing in Representative  Las Vegas, NV 89144<br>Capacity | X_____  January 3, 2008<br>Signature of Attorney          Date<br><br>Marjorie A. Guymon, Esq.<br>Name of Attorney Firm (If any)<br><br>Goldsmith & Guymon, P.C.<br>2055 Village Center Circle<br>Las Vegas, NV 89134<br>Address<br>Telephone No. _____ |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Patricia Weldon<br>9811 West Charleston Blvd., #2529<br>Las Vegas, NV 89117 | Brokerage contract | 83,773.16 |
| Brent Hucks<br>625 Proud Eagle Lane<br>Las Vegas, NV 89144 | Promissory Note | 270,000.00 |
| Pacific Investments Network, LLC<br>625 Proud Eagle Lane<br>Las Vegas, NV 89144 | Loan Agreements | 40,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>4,705,788.91 |

___3___ continuation sheets attached

Name of Debtor **Xyience Incorporated**

B5 (Official Form 5) (12/07) - Page 2                Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____                    X _____  January 3, 2008
Signature of Petitioner or Representative (State title)    Signature of Attorney                    Date

**Russell Pike**                         January 3, 2008     Marjorie A. Guymon, Esq.
Name of Petitioner                        Date Signed        Name of Attorney Firm (If any)

Name & Mailing           **Russell Pike**                    Goldsmith & Guymon, P.C.
Address of Individual    **801 Ville Franche St.**           2055 Village Center Circle
Signing in Representative **Las Vegas, NV 89145**            Las Vegas, NV 89134
Capacity                                                      Address
                                                              Telephone No.

X /s/ Sharon A. Milligan                                X _____  January 3, 2008
Signature of Petitioner or Representative (State title)    Signature of Attorney                    Date

**Sharon Milligan**                      January 3, 2008     Marjorie A. Guymon, Esq.
Name of Petitioner                        Date Signed        Name of Attorney Firm (If any)

Name & Mailing   2202   **Sharon Milligan**                  Goldsmith & Guymon, P.C.
Address of Individual    **202 West Charleston Blvd.**       2055 Village Center Circle
Signing in Representative **Las Vegas, NV 89102**            Las Vegas, NV 89134
Capacity                                                      Address
                                                              Telephone No.

X /s/ Cheryl Agrellas, Trustee                          X _____  January 3, 2008
Signature of Petitioner or Representative (State title)    Signature of Attorney                    Date

**Klingenberg Childrens' Education Trust**  January 3, 2008  Marjorie A. Guymon, Esq.
Name of Petitioner                        Date Signed        Name of Attorney Firm (If any)

Name & Mailing           **Cheryl Agrellas, Trustee**        Goldsmith & Guymon, P.C.
Address of Individual    **2202 West Charleston Blvd.**      2055 Village Center Circle
Signing in Representative **Las Vegas, NV 89102**            Las Vegas, NV 89134
Capacity                                                      Address
                                                              Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Russell Pike<br>801 Ville Franche St.<br>Las Vegas, NV 89145 | Promissory note | 2,157,515.75 |
| Sharon Milligan<br>202 West Charleston Blvd<br>Las Vegas, NV 89102 | Promissory note | 15,000.00 |
| Klingenberg Childrens' Education Trust<br>Cheryl Agrellas, Trustee<br>202 West Charleston Blvd.<br>Las Vegas, NV 89102 | Promissory Note | 50,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>4,705,788.91 |

**2** of **3** continuation sheets attached

Name of Debtor **Xyience Incorporated**

B5 (Official Form 5) (12/07) - Page 2

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____ [redacted]
Signature of Petitioner or Representative (State title)

Name of Petitioner: [redacted]
Date Signed: January 3, 2008

Name & Mailing Address of Individual Signing in Representative Capacity: [redacted]

X _____ 
Signature of Attorney
Date: January 3, 2008

Name of Attorney Firm (If any): **Marjorie A. Guymon, Esq.**

Address: **Goldsmith & Guymon, P.C.**
**2055 Village Center Circle**
**Las Vegas, NV 89134**

Telephone No. _____

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner: Michael Clark
Date Signed: January 3, 2008

Name & Mailing Address of Individual Signing in Representative Capacity:
Michael Clark
4950 Vegas Dr
Las Vegas, NV 89108

X _____ [signature]
Signature of Petitioner or Representative (State title)

Name of Petitioner: _____
Date Signed: _____

Name & Mailing Address of Individual Signing in Representative Capacity: _____

X _____
Signature of Attorney
Date: January 3, 2008

Name of Attorney Firm (If any): **Marjorie A. Guymon, Esq.**

Address: **Goldsmith & Guymon, P.C.**
**2055 Village Center Circle**
**Las Vegas, NV 89134**

Telephone No.: 702-873-9500

X _____ [signature]
Signature of Attorney
Date: _____

Name of Attorney Firm (If any): _____

Address: _____
Telephone No. _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Bayard Spector<br>1541 Griffin Road<br>Dania, FL 33004 | promissory note | 40,000.00 |
| Michael Clark<br>4950 Vegas Dr<br>Las Vegas, NV 89108 | Promissory Notes | 877,000.00 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: **4,705,788.91**

_3_ of _3_ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor: **Xylence Incorporated**

Case No.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Russell Pike_
Signature of Petitioner or Representative (State title)

**Russell Pike**          January 3, 2008
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Russell Pike**
**801 Ville Franche St.**
**Las Vegas, NV 89145**

X _____  January 3, 2008
Signature of Attorney           Date

**Marjorie A. Guymon, Esq.**
Name of Attorney Firm (If any)

**Goldsmith & Guymon, P.C.**
**2055 Village Center Circle**
**Las Vegas, NV 89134**
Address
Telephone No. _____

X _____
Signature of Petitioner or Representative (State title)

**Sharon Milligan**         January 3, 2008
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Sharon Milligan**
**202 West Charleston Blvd.**
**Las Vegas, NV 89102**

X _____  January 3, 2008
Signature of Attorney           Date

**Marjorie A. Guymon, Esq.**
Name of Attorney Firm (If any)

**Goldsmith & Guymon, P.C.**
**2055 Village Center Circle**
**Las Vegas, NV 89134**
Address
Telephone No. _____

X _____
Signature of Petitioner or Representative (State title)

**Klingenberg Childrens' Education Trust**   January 3, 2008
Name of Petitioner                           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Cheryl Agrellas, Trustee**
**202 West Charleston Blvd.**
**Las Vegas, NV 89102**

X _____  January 3, 2008
Signature of Attorney           Date

**Marjorie A. Guymon, Esq.**
Name of Attorney Firm (If any)

**Goldsmith & Guymon, P.C.**
**2055 Village Center Circle**
**Las Vegas, NV 89134**
Address
Telephone No. _____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Russell Pike<br>801 Ville Franche St.<br>Las Vegas, NV 89145 | Promissory note | 2,157,515.75 |
| Sharon Milligan<br>202 West Charleston Blvd<br>Las Vegas, NV 89102 | Promissory note | 15,000.00 |
| Klingenberg Childrens' Education Trust<br>Cheryl Agrellas, Trustee<br>202 West Charleston Blvd.<br>Las Vegas, NV 89102 | Promissory Note | 50,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 4,705,788.91 |

_2_ of _3_ continuation sheets attached