Entered on Docket
January 31, 2008

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Fennemore Craig, P.C.
Laurel E. Davis (NV Bar No. 3005)
Daniel W. Glasser (NV Bar No. 6990)
Jon T. Pearson (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Email: ldavis@fclaw.com

[Proposed] Counsel for Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>        Involuntary Debtor. | Chapter 11 [Involuntary]<br><br>No. BK-S-08-10049-mkn |

**STIPULATION AND ORDER DISMISSING INVOLUNTARY
CHAPTER 11 PETITION, WITH PREJUDICE
AND REGARDING PETITION DATE FOR AVOIDANCE ACTIONS
IN VOLUNTARY CASE**

WHEREAS, on January 3, 2008, the Petitioning Creditors filed an involuntary petition for relief under chapter 11 petition of the Bankruptcy Code was filed against Xyience, Incorporated, as Case No. BK-S-08-10049-mkn ("Involuntary Petition");

WHEREAS, on January 18, 2008, Xyience, Incorporated filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, as Case No. BK-08-10474-MKN ("Voluntary Case");

WHEREAS, the Petitioning Creditors seek to preserve the date of January 3, 2008 as the Petition Date in the Voluntary Case for the purpose of all actions preserved for the Estate set forth in Sections 542, 543, 544, 545, 547, 548, 549, 550, 553(b) and 724(a) of the Bankruptcy Code ("Avoidance Actions");

WHEREAS, Xyience, Incorporated seeks to avoid the cost and expense associated with the requirement of seeking allowance and payment of gap claims pursuant to Section 502(f) of the Bankruptcy Code;

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. The Petitioning Creditors will not seek an award of attorneys fees and costs with respect to the filing of the Involuntary Petition.

2. Xyience, Incorporated will not seek an award of attorneys fees and costs with respect to the filing of the Involuntary Petition.

3. The Involuntary Petition shall be dismissed, with prejudice.

///

///

FENNEMORE CRAIG, P.C.
LAS VEGAS

1     4. In the Voluntary Case, the date of January 3, 2008 shall be used as the Petition Date for the purpose of Avoidance Actions.

| FENNEMORE CRAIG, P.C. | GOLDSMITH & GUYMON |
|---|---|
| /s/ Laurel E. Davis<br>By _____<br>Laurel E. Davis<br>[Proposed] Counsel for Debtor | By _____<br>Marjorie A. Guymon<br>Counsel for Petitioning Creditors |

**IT IS SO ORDERED.**

PROPOSED BY:

FENNEMORE CRAIG, P.C.

/s/ Laurel E. Davis
By _____
Laurel E. Davis

[Proposed] Counsel for the
Debtor and Debtor in Possession

# # #

15221.1

4.  In the Voluntary Case, the date of January 3, 2008 shall be used as the Petition Date for the purpose of Avoidance Actions.

FENNEMORE CRAIG, P.C.                         GOLDSMITH & GUYMON

By _____                     By _____
    Laurel E. Davis                               Marjorie A. Guymon
[Proposed] Counsel for Debtor                 Counsel for Petitioning Creditors

**IT IS SO ORDERED.**

PROPOSED BY:

FENNEMORE CRAIG, P.C.

    /s/ Laurel E. Davis
By _____
    Laurel E. Davis

[Proposed] Counsel for the
Debtor and Debtor in Possession

### # #

15221.1